UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES SANDERS,

    Plaintiff,

vs.

Case No. 17-12959
HON. GEORGE CARAM STEEH

DENNIS STUHR JR., et al.,

    Defendant.

_____/

## ORDER DISMISSING CASE

Plaintiff Charles Sanders filed a complaint against defendants Dennis Stuhr Jr., Archrock Services, Limited Partnership, and Geico Indemnity Company on September 8, 2017. (Doc. 1). The complaint states that this action arises under 28 U.S.C. § 1332.

28 U.S.C. § 1332 grants district courts original jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between – (1) citizens of different states." 28 U.S.C. § 1332(a). For the purposes of § 1332(a), courts have interpreted *Strawbridge v. Curtiss*, 7 U.S. 267 (1806) to require complete diversity between all plaintiffs and all defendants. *See e.g., Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989); *U.S. Motors v. General Motors Europe*, 551 F.3d 420, 423 (6th Cir. 2008).

The complaint states that plaintiff and defendant Stuhr are Michigan citizens. The parties are, therefore, not completely diverse. The Court issued an Order to Show Cause, (Doc. 5), regarding this issue as well as the unknown citizenship of defendant Archrock Services. Plaintiff filed a response on October 2, 2017. (Doc. 6). It addressed the citizenship of Archrock Services and Geico, but neglected to state why the case should not be dismissed in light of plaintiff and Stuhr's common Michigan citizenship. No defendant has filed a response.

The Court therefore ORDERS the instant case IS DISMISSED for lack of subject matter jurisdiction.

IT IS SO ORDERED.

Dated: October 26, 2017

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 26, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk